UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ANGEL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 22-019-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LABTOX, LLC, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have filed a joint motion for reconsideration regarding approval of their proposed settlement of Plaintiff Angel Johnson's claims arising under the Fair Labor Standards Act. [Record No. 49] Having reviewed the parties' Second Amended Settlement Agreement, the Court is satisfied that the settlement reached is a fair, reasonable, and adequate resolution of the parties' bona fide dispute. Further, all confidentiality clauses having been removed from the agreement. Accordingly, it is hereby

**ORDERED** as follows:

1. The parties' joint motion for reconsideration [Record No. 49] is **GRANTED**.

2. The proposed Second Amended Settlement Agreement is **APPROVED.**

3. This matter is **DISMISSED**, with prejudice, and **STRICKEN** from the docket. No attorney fees or costs are awarded, except as provided in the Second Amended Settlement Agreement.

Dated: November 29, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky